

**MEMO ENDORSED**

Writer's Direct Dial: (973) 645-4804
Writer's Direct E-Mail: jschiavone@saiber.com

January 23, 2024

> The request is granted. The case management conference scheduled for May 31, 2024, is rescheduled for June 14, 2024, at 11:00 a.m. The parties are reminded to dial 877-411-9748 and to enter access code 3029857# when prompted. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: January 24, 2024
> New York, New York

**BY ECF**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Cypress Creek Intermediaries, Inc. v. Westport Insurance Corporation*, No. 1:22-cv-03649

Dear Judge Ramos:

This firm represents Plaintiff Cypress Creek Intermediaries, Inc. We write with the consent of counsel for Westport Insurance Corporation, Inc., to request an adjournment of the case management conference currently scheduled for May 31, 2024.

On January 19, 2024, Your Honor issued an amended Civil Case Discovery Plan and Scheduling Order as requested by letter motion by the parties. *See* Dkt. 48. Pursuant to the Order, Your Honor adjourned the April 11, 2024 case management conference to May 31, 2024 at 11 a.m. We write today to advise that counsel for Cypress Creek are unable to appear on that date due to a previously scheduled arbitration in another matter involving the same counsel. The arbitration is scheduled to begin on Tuesday, May 28, 2024, and to continue through Friday, June 7, 2024. We respectfully request that the case management conference be adjourned to a date following June 7, 2024.

We appreciate Your Honor's courtesies in regard to this request.

Respectfully submitted,

*/s/ Joseph J. Schiavone*

JOSEPH J. SCHIAVONE

JJS:ao

cc: Steven C. Schwartz (via email)
All counsel of record (via ECF)

01715650.DOCX

Saiber LLC • 18 Columbia Turnpike, Suite 200 • Florham Park, New Jersey • 07932-2266 • Tel 973.622.3333 • Fax 973.622.3349 • www.saiber.com
Florham Park • Newark • New York • Philadelphia